UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY F. WHITE,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | No. CV-10-3052-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to remand the above-captioned matter to the Commissioner for additional administrative proceedings. (ECF No. 22.) Attorney D. James Tree represents Plaintiff Kelly F. White; Special Assistant United States Attorney David Blower represents Defendant. The parties have consented to proceed before a magistrate judge. (ECF No. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' stipulated Motion to Remand **(ECF No. 22)** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Appeals Council will direct an ALJ to evaluate all medical source opinions of record and explain the weight given to each opinion; reevaluate the claimant's residual functional capacity, his capacity to perform past relevant work, and other work at step five of the sequential evaluation process, including

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

additional vocational expert testimony.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment (**ECF No. 17**) is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED August 18, 2011.

                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE